2
LIVIAKIS LAW FIRM,
PROFESSIONAL CORPORATION
MIKALAH RAYMOND LIVIAKIS (251362)
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: (916)-432-3328
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Lorrie Blevins,<br><br>Debtor | **MOTION TO VALUE COLLATERAL OF THE IRS**<br><br>Case No.: 22-20682<br>Chapter 13<br>DCN: MRL-001<br>DATE: April 12, 2022<br>TIME: 2pm<br>Location: 501 I Street, 6th Floor, 33 Courtroom, Sacramento, CA<br>Judge: Honorable Ronald H. Sargis |

Pursuant to subsections (a) and (d) of 11 U.S.C. Section 506 and Federal Rule of Bankruptcy Procedure 3012, Lorrie Blevins ("Debtor") hereby requests the Court to value the real and personal property described below. All of the property secures a tax lien held by the Internal Revenue Service (IRS) in the amount of approximately $113,603. Debtor requests that the amount of the IRS's claim not exceed the value of its security, less claims of creditors holding senior liens or security interests. This determination will supersede any greater secured claim demanded in any proof of claim. Any objections to a creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the opinion of Debtor, the collateral has the value indicated below.

1. Name of the creditor whose collateral is being valued by this motion: IRS.
2. Amount of secured claim: $113,603

**PERSONAL PROPERTY**

MOTION- 1

3. Debtor estimates that, in light of the use of the Property as personal property, the value of Debtor's Property is as follows:

   a. Cash on Hand: $100
   b. Golden One; Checking Account: $957
   c. Household Goods and Furnishings: $1500
   d. Electronics: (2) Tvs, Cell Phone, Kindle: $100
   e. Clothes & Shoes: $50
   f. Costume Jewelry: $10
   g. 2 dogs (older dogs not purebred): $1
   h. American General Annuity (no cash value, pays debtor approximately $767 per month, non transferable): $1
   i. 2011 Chevrolet Silverado Pickup, Four Wheel Drive, Fairly Good Condition, No repairs currently needed, A/C, Radio, Engine, works well; 150,000 miles aprox.: $8,500

## REAL PROPERTY

4. Lot 24 42 Milestone El Dorado National Forest, Cabin on Forest Service Land. Debtor leases land annually, pays insurance on cabin and taxes on land even though she does not own the land. Cabin was recently burned in forest fire affecting the value: $25,000.

## TOTAL ASSETS & LIENS

5. In total, Debtor has **$11,219** worth of personal property. Of this amount **$3,700** is encumbered by senior liens, which leaves **$7,519** of Debtor's Property as unencumbered. Therefore **$7,519** of personal property value is available for the IRS's lien to attach to.

6. In total, Debtor has **$25,000** worth of real property. Of this amount **$0** is encumbered by senior liens, which leaves **$25,000** of Debtor's Real Property as unencumbered. Therefore **$25,000** of real property value is available for the IRS's lien to attach to.

7. Therefore, the **IRS**'s tax lien is under-collateralized. As such, the **IRS**'s secured claim based on its tax lien should be limited to **$32,519**, with the remainder to be paid as a general unsecured claim. 11 U.S.C. § 506(a).

WHEREFORE, Debtor respectfully requests that the Court enter an order, which:

1. **As to the secured claim of the IRS**, values Debtor's personal property at **$7,519** and Debtor's real property at **$25,000**.
2. Finds that the value of the **IRS's** secured claim based on its statutory tax lien is **$32,519**, with the remainder to be paid as a general unsecured claim;
3. Grants any further relief that the Court finds necessary.

Respectfully submitted,

Dated: March 28, 2022

                                              **/s/ Mikalah Raymond Liviakis**

                                              **Mikalah Raymond Liviakis**

                                              Attorney for Debtor